UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

Kimberlee R. Everson,                                   Case No. 2:20-bk-03062-FMD

    Debtor.
_____/

Kimberlee R. Everson,                                   Adv. Proc. No. 2:20-ap-00267-FMD

    Plaintiff,

vs.

U.S. Department
of Education,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING**

Consistent with the Court's direction at trial, Defendant discloses the following legal authority:

- *In re Kelly*, 496 B.R. 230, 235-38 (Bankr. M.D. Fla. 2013) (holding plaintiff failed the first *Brunner* prong for failing to minimize expenses);

- *In re Southard*, 337 B.R. 416, 420-21 (Bankr. M.D. Fla. 2006) (finding plaintiff could reduce expenses, including the amount spent eating out at restaurants, without causing her lifestyle to fall below a minimal standard of living);

- *In re Matthews-Hamad*, 377 B.R. 415, 421 (Bankr. M.D. Fla. 2007) (considering plaintiff's tax refunds and available payment programs when assessing the first prong of *Brunner*);

- *In re Chasser*, 391 B.R. 482, 491 (Bankr. M.D. Fla. 2008) (holding debtor did not make a good faith effort to repay his student loans based, in part, on the excessive amount of money spent eating in restaurants).

1

                              KARIN HOPPMANN
                              Acting United States Attorney

By:    /s/ David P. Sullivan
        DAVID P .SULLIVAN
        Assistant United States Attorney
        Florida Bar No. 0111166
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6200
        Email: David.Sullivan3@usdoj.gov